UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00582

**Henry Lee Givens,**
*Plaintiff,*

v.

**Tom B. Watson,**
*Defendant.*

### ORDER

This action brought pursuant to 42 U.S.C. § 1983 was referred by the court to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation that the case be administratively closed. Doc. 5. Plaintiff received notice of and has filed no objection to the recommendation.

The court now adopts that report and recommendation. Pursuant to that recommendation, the court orders this action administratively closed. Plaintiff may ask the court to place the case back on the active docket if and when the state-court criminal charges are dismissed or resolved in his favor. This action will be dismissed if (1) plaintiff is convicted or the criminal charges are finally resolved against him or (2) the court has not heard from plaintiff in this action within two years from the entry of this order.

*So ordered by the court on August 25, 2020.*

J. CAMPBELL BARKER
United States District Judge